Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–17780–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Deborah A McCarthy
 529 South Broadway
 Pitman, NJ 08071

Social Security No.:
 xxx–xx–9927

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/15/20.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 15, 2020
JAN: kvr

 Jeanne Naughton
 Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                           Case No. 19-17780-JNP
Deborah A McCarthy                                               Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2      Date Rcvd: Jan 15, 2020
                               Form ID: 148                Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2020.
db             +Deborah A McCarthy,    529 South Broadway,    Pitman, NJ 08071-2408
518187859     #+BOA/ Fay Servicing, LLC,    3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
518187860      +BSI Financial Services,    314 Franklin Street Second Floor,    PO Box 517,
                 Titusville, PA 16354-0517
518187867      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
518187870      +HSBC,   PO Box 5203,    Carol Stream, IL 60197-5203
518187869      +Hill Wallack LLP,    21 Roszel Road,    PO Box 5226,   Princeton, NJ 08543-5226
518187874      +KML Law Group PC,    216 Haddon Avenue Suite 406,    Westmont, NJ 08108-2812
518187873       Kennedy Health System,    PO Box 48023,    Newark, NJ 07101-4823
518187875      +Lourdes Cardiology Services PC,    PO Box 824699,    Philadelphia, PA 19182-4699
518187879       Pressler And Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
518643297       U.S. Bank National Association, et al,    c/o Rushmore Loan Management Services,
                 P.O. Box 52708,    Irvine, CA 92619-2708
518643298      +U.S. Bank National Association, et al,    c/o Rushmore Loan Management Services,
                 P.O. Box 52708,    Irvine, CA 92619-2708,    U.S. Bank National Association, et al,
                 c/o Rushmore Loan Management Services 92619-2708
518187882      +United States Attoney General,    950 Pennsylvania Avenue, NW,    Washington, DC 20530-0009
518187884      +United States Attorney General,    United States Department of Justice,    Ben Franklin Station,
                 P.O. Box 683,    Washington, DC 20044-0683
518187885      +Ventures Trust 2013-I-H-R by MCM Capital,    Partners LLC Trustee for BOA,
                 314 S. Franklin Street 2ND Floor,    PO Box 517,    Titusville, PA 16354-0517
518309144      +WILMINGTON SAVINGS FUND SOCIETY,    Fay Servicing, LLC,    PO Box 814609,    Dallas, TX 75381-4609
518206992      +WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRIST,    RAS Crane, LLC,
                 10700 Abbott's Bridge Road, Suite 170,    Duluth, GA 30097-8461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 16 2020 00:17:50      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 16 2020 00:17:46      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518187858      +EDI: AIS.COM Jan 16 2020 04:33:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
518187861       EDI: CAPITALONE.COM Jan 16 2020 04:33:00      Cap One,    Po Box 85520,    Richmond, VA 23285
518187862      +EDI: CAPITALONE.COM Jan 16 2020 04:33:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
518187863      +E-mail/Text: bankruptcy@cavps.com Jan 16 2020 00:18:16      Cavalry Portfolio Serv,
                 Po Box 27288,    Tempe, AZ 85285-7288
518187864      +E-mail/Text: bankruptcy@cavps.com Jan 16 2020 00:18:16      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
518187865      +EDI: CHASE.COM Jan 16 2020 04:33:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
518187866      +EDI: CCS.COM Jan 16 2020 04:33:00      Credit Coll,    Po Box 9134,    Needham, MA 02494-9134
518187868       EDI: RMSC.COM Jan 16 2020 04:33:00      GE Money Bank,    PO Box 981127,    El Paso, TX 79998-1127
518187872       EDI: IRS.COM Jan 16 2020 04:33:00      Internal Revenue Service,    ATTN: Bankruptcy Department,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
518187876      +EDI: MID8.COM Jan 16 2020 04:33:00      Midland Funding,    8875 Aero Dr,
                 San Diego, CA 92123-2255
518187878       EDI: PRA.COM Jan 16 2020 04:33:00      Portfolio Recovery Associates, LLC,
                 c/o Dicks Sporting Goods,    PO Box 41067,    Norfolk, VA 23541
518187880      +E-mail/Text: ecfbankruptcy@progleasing.com Jan 16 2020 00:18:01      Progressive,
                 11629 South 700 East, Suite 250,    Draper, UT 84020-8399
518187881      +EDI: RMSC.COM Jan 16 2020 04:33:00      Syncb/dicks,    Po Box 965005,    Orlando, FL 32896-5005
518190335      +EDI: RMSC.COM Jan 16 2020 04:33:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518187883      +E-mail/Text: usanj.njbankr@usdoj.gov Jan 16 2020 00:17:50      United States Attorney,
                 Peter Rodino Federal Building,    970 Broad Street, Suite 700,    Newark, NJ 07102-2527
                                                                                              TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRIST,    RAS Crane, LLC,
                 10700 Abbott's Bridge Road, Suite 170,    Duluth, GA 30097-8461
518192383*     +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
518187871*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    Bankruptcy Department,
                 955 South Springfield Avenue,    Springfield, NJ 08071)
518187857    ##+Abramson Walker & Moore,    44 Cooper Street,    Woodbury, NJ 08096-4640
518187877    ##+Portfolio Recovery Ass,    287 Independence,    Virginia Beach, VA 23462-2962
                                                                                TOTALS: 0, * 3, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Jan 15, 2020
                              Form ID: 148             Total Noticed: 34
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2020 at the address(es) listed below:
              Aleisha Candace Jennings    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A
               CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR HILLDALE TRUST ajennings@rasflaw.com
              Brian E Caine    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Harold N. Kaplan    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA
               TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR HILLDALE TRUST hkaplan@rasnj.com,
               informationathnk@aol.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joseph J. Rogers    on behalf of Debtor Deborah A McCarthy jjresq@comcast.net,
               jjrogers0507@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Hilldale Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Phillip Andrew Raymond    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Hilldale Trust phillip.raymond@mccalla.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9